LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

November 25, 2009

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

## REQUEST FOR SERVICE OF NOTICES

RE:  Debtor(s)           :   Thomas Brackett and Jennifer Brackett
     Case Number         :   09-31876
     Chapter             :   13
     Secured Creditor    :   BAC Home Loans Servicing, L.P. fka Countrywide Home Loans
                             Servicing, L.P.
     Loan Number         :   XXXXX9936

Dear Sir / Madam:

    Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

        BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
        c/o McCALLA RAYMER, LLC
        Bankruptcy Department
        1544 Old Alabama Road
        Roswell, Georgia  30076

    Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.
                                    Very Truly Yours,

                                    /s/ John D. Schlotter

                                    John D. Schlotter, Esquire
                                    c/o McCALLA RAYMER, LLC
                                    1544 Old Alabama Road,
                                    Roswell, GA 30076
                                    Phone : 678-281-6528
                                    Email : JDS@mccallaraymer.com
                                    Attorney Bar No : 629456

    cc: Rick Yarnall
        Randolph Goldberg, Esq.

File Number CHL-09-25486 / 0
Request for Service of Notice